**Order entered January 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00916-CR

**PAULA JOYCE WARREN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-31042-Y**

## ORDER

The State's December 14, 2012 motion to supplement the reporter's record is **GRANTED**.

We **ORDER** Official Court Reporter Sharon Hazlewood to file, within **THIRTY** days of the date of this order, either a supplemental reporter's record of the closing arguments of counsel or a letter certifying that no such record exists.

WE **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Sharon Hazlewood.

/s/    LANA MYERS
       JUSTICE